ANNA E. SWINARTON, Respondent, *v.* GEORGE LE BOUTILLIER,
Appellant.

Reported below, 7 Misc. Rep. 639.
(Argued January 30, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,

entered upon an order made at the April term, 1894, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*John Delahunty* for appellant.

*Thomas P. Wickes*, for respondent.

Judgment affirmed, with costs; no opinion.
All concur.